NOT FOR PUBLICATION

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |
|---|---|
| UNITED STATES OF AMERICA, :  |  |
| : | Crim. No. 2005-0028 |
| Plaintiff, : | Crim. No. 2007-0042 |
| v. : |  |
| : | ORDER |
| ISAIAH FAWKES, : |  |
| JAMAAL MARAGH, : |  |
| CHRISTOPHER ALFRED, : |  |
| MARCELINO GARCIA, : |  |
| SHANGO ALLICK, : |  |
| JAMAL YOUNG, : |  |
| CAROLYN URGENT : |  |
| Defendants. : |  |

THOMPSON, U.S.D.J.

THIS MATTER came before the Court on Defendants' Motion in Limine [177] seeking an order to require counsel for defendants to submit factual responses to the Government's Proffer. Having carefully considered the motion and being otherwise fully advised in the premises, it is hereby,

**ORDERED** that Defendants' Motion in Limine [177] is **DENIED**.


Date:  June 16th, 2008                              _____
                                                    ANNE E. THOMPSON, U.S.D.J.

ATTEST:

WILFREDO MORALES

Clerk of the Court

BY: _____
      Deputy Clerk